THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | Case No. 17 CR 495 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| ROBERT O'ROURKE | ) | |
| | ) | |

## NOTICE OF MOTION

To: Attorneys of Record
(via the Northern District's ECF System)

PLEASE TAKE NOTICE that on **Tuesday, March 5, 2019 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Andrea R. Wood or any Judge sitting in her place in the courtroom usually occupied by her in Room 1925 in the United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the following **Defendant's Unopposed Motion for Extension of Time to File Rule 33(b)(2) Motion for a New Trial**, a copy of which is attached and served upon you.

Respectfully Submitted,

KULWIN, MASCIOPINTO & KULWIN, LLP.

By: */s/ Anthony J. Masciopinto*
Anthony J. Masciopinto

## CERTIFICATE OF SERVICE

I, Anthony J. Masciopinto an attorney, hereby certify that the attached Motion and this Notice were served upon the above-referenced attorneys via ECF Filing on February 27, 2019.

By: */s/ Anthony J. Masciopinto*
Anthony J. Masciopinto

KULWIN, MASCIOPINTO & KULWIN, LLP.
161 N. Clark Street, #2500
Chicago, IL. 60601
T: 312.641.0300; F: 312-855.0350
E: amasciopinto@kmklawllp.com & rkatz@kmklawllp.com