IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 17-cr-00495 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| ROBERT O'ROURKE | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER

Jury trial held. Verdict reached. The jury finds Defendant Robert O'Rourke guilty as to the charge of attempted possession in Count I of the Indictment, guilty as to the charges of attempted theft and theft in Count II of the Indictment, guilty as to the charges of attempted downloading and downloading in Count III of the Indictment, guilty as to the charges of possession and attempted possession in Count IV of the Indictment, guilty as to the charge of theft in Count XI in the Indictment, guilty as to the charge of downloading in Count XII in the Indictment, and guilty as to the charge of possession in Count XIII in the Indictment. The jury finds Defendant Robert O'Rourke not guilty as to the remaining charges of the Indictment. Defendant shall remain released on bond subject to his conditions of release. The time for Defendant to file his brief in support of his motion pursuant to Fed. R. Crim. P. 29(c) is extended to 3/25/2019. Status hearing set for 3/29/2019 at 9:00 a.m. Sentencing set for 6/3/2019 at 1:30 p.m.

(0:30)

Dated: February 25, 2019

Andrea R. Wood
United States District Judge