THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | Case No. 17 CR 495 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| ROBERT O'ROURKE | ) | Magistrate Judge Michael T. Mason |

**DEFENDANT'S MOTION TO FILE OVERSIZED MEMORANDA
IN SUPPORT OF HIS MOTIONS FOR ACQUITTAL AND NEW TRIAL**

Pursuant to Local Rule 7.1, Defendant Robert O'Rourke ("Defendant"), by and through his counsel, KULWIN, MASCIOPINTO & KULWIN, LLP, respectfully requests that this Honorable Court enter an Order permitting the filing of his oversized memoranda in support of his motions for acquittal and new trial, *nunc pro tunc* to March 28, 2019

1. Local Rule 7.1 requires Court approval for any memorandum exceeding 15 pages.

2. Defendant's memorandum in support of his Rule 29 motion for acquittal is 32 pages, and his memorandum in support of his Rule 33 motion for a new trial is 20 pages.

3. Notwithstanding their best efforts, Defendant's counsel could not streamline Defendant's motions beyond the length identified above. Defendant's criminal trial was complex, lasted approximately 3 weeks, and included many disputed and complicated issues that now are at issue in Defendant's motions, which are critically important.

WHEREFORE, Defendant requests that this Court enter an Order permitting the filing of his oversized memoranda in support of his motions for acquittal and new trial, *nunc pro tunc* to March 28, 2019

Respectfully Submitted,

KULWIN, MASCIOPINTO & KULWIN, LLP

By:   */s/ Anthony J. Masciopinto*
         One of Defendant's Attorneys

Kulwin, Masciopinto & Kulwin, LLP.
161 N. Clark Street, Suite #2500
Chicago, Illinois 60601
T: 312.641.0300; F: 312.855.0350