THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | Case No. 17 CR 495 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| ROBERT O'ROURKE | ) | Magistrate Judge Michael T. Mason |

**DEFENDANT'S MOTION TO FILE OVERSIZED REPLY MEMORANDUM
IN SUPPORT OF HIS MOTIONS FOR ACQUITTAL AND NEW TRIAL**

Pursuant to Local Rule 7.1, Defendant Robert O'Rourke ("Defendant"), by and through his counsel, KULWIN, MASCIOPINTO & KULWIN, LLP, respectfully requests that this Court enter an Order granting Defendant leave to file his oversized reply memoranda in support of his motions for acquittal and new trial, *nunc pro tunc* to May 22, 2019.

1. Local Rule 7.1 requires Court approval for any memorandum exceeding 15 pages.

2. Defendant's replies are to an oversized response brief that the Court granted the government to file.

3. Defendant's reply memorandum in support of his Rule 29 motion for acquittal is 24 pages (Dkt. 136), and his reply memorandum in support of his Rule 33 motion for a new trial is 20 pages (Dkt. 137).

4. Notwithstanding their best efforts, Defendant's counsel could not streamline Defendant's reply briefs beyond the length identified above. Defendant's criminal trial was complex, lasted approximately 3 weeks, and included many disputed and complicated issues that now are at issue in Defendant's motions, which are critically important.

WHEREFORE, Defendant requests that this Court enter an Order granting Defendant leave to file his oversized reply memoranda in support of his motion for acquittal and new trial, *nunc pro tunc* to May 22, 2019.

1

Respectfully Submitted,

KULWIN, MASCIOPINTO & KULWIN, LLP

By: <u>  */s/ Anthony J. Masciopinto*           </u>
      One of Defendant's Attorneys

Kulwin, Masciopinto & Kulwin, LLP.
161 N. Clark Street, Suite #2500
Chicago, Illinois 60601
T: 312.641.0300; F: 312.855.0350

## **CERTIFICATE OF SERVICE**

      The undersigned counsel certifies and states that on May 23, 2019, he filed the foregoing Defendant's Motion to File Oversized Reply Memoranda in Support of his Motions for Acquittal and New Trial using the Court's CM/ECF system, which will transmit notification of such filing to all counsel at the designated electronic mail addresses of record.

                               By:   */s/ Anthony J. Masciopinto*
                                           One of Defendant's Attorneys